**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ.
Nevada Bar No. 000175
SARA D. COPE, ESQ.
Nevada Bar No. 10329
7440 W. Sahara Ave.
Las Vegas, NV 89117
Tel.: (702) 255-1718
Facsimile: (702) 255-0871
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH & WELFARE FUND, by and through its designated fiduciary, Todd Koch; NORTHERN NEVADA PAINTERS AND ALLIED TRADES JOINT APPRENTICESHIP AND TRAINING TRUST, by and through its designated fiduciary, Todd Koch, <br><br> Plaintiffs, <br><br> v. <br><br> BAKER DRYWALL, INC., a Nevada Corporation; WALTER BAKER, an individual; PLATTE RIVER INSURANCE COMPANY; John Does I-XX, inclusive, and Roe Entities I-XX, inclusive, <br><br> Defendants. | Case No.: 10-CV-00622-KJD-LRL <br><br><br> **ORDER ENLARGING TIME FOR SERVICE OF PROCESS AND ALLOWING SERVICE BY PUBLICATION** <br><br><br> Date: N/A <br> Time: N/A |

The Court, having considered Plaintiffs' Motion to Enlarge Time for Service of Process and Motion for Order for Service by Publication (collectively "Motion"), together with Points and Authorities and Affidavit of Counsel in support of said Motion, it appearing therefore that a proper Complaint has been filed and that Plaintiffs have exercised due diligence in attempting to locate and serve the Defendants Baker Drywall, Inc. and Walter Baker and Good Cause Appearing therefore,

IT IS HEREBY ORDERED, that the time for service of process upon Defendants Baker Drywall, Inc. and Walter Baker is extended to November 1, 2010.

1  IT IS FURTHER ORDERED, that Defendants Baker Drywall, Inc. and Walter Baker may
2  be served by Plaintiffs through publication of the Summons in this Case at least once a week for
3  at least four (4) consecutive weeks in a newspaper of general circulation published in Las Vegas,
4  Nevada.

5  DATED and DONE this 31st day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

CHRISTENSEN JAMES & MARTIN

By: _____
Sara D. Cope, Esq.
7440 W. Sahara Avenue
Las Vegas, NV 89117
Tel.: (702) 255-1718
Facsimile: (702) 255-0871
*Attorneys for Plaintiffs*