# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EMPLOYEE PAINTERS TRUST HEALTH & WELFARE FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BAKER DRYWALL, *et al.*, <br><br> Defendants. | Case No. 2:10-CV-622-KJD-LRL <br><br> **ORDER** |

   Plaintiffs' Complaint (#1) was filed April 29, 2010. Service of the summons and complaint was executed on Defendant Platte River Insurance Company on May 11, 2010. The answer was due on June 1, 2010. However, Defendant Platte River has failed to answer or otherwise respond to the complaint.

   On September 1, 2010, the Court granted (#7) Plaintiffs' Motion to Enlarge (#6) seeking an extension of time to serve Defendants Baker Drywall, Inc. ("Drywall") and Walter Baker ("Baker") by publication. The last publication date for Walter Baker was October 4, 2010. The last publication date for Baker Drywall, Inc. was October 8, 2010. Accordingly, Drywall's and Baker's answers were due no later than November 1, 2010. However, neither Defendant has answered or otherwise responded to the summons and complaint.

Therefore, Plaintiffs are ordered to file a status report, motion for default judgment, or notice of voluntary dismissal regarding Defendants no later than January 19, 2011.

**IT IS SO ORDERED.**

DATED this 5th day of January 2011.

                                               Kent J. Dawson
                                               United States District Judge