CHRISTENSEN JAMES & MARTIN
7440 W. SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH & WELFARE FUND, by and through its designated fiduciary, Todd Koch; NORTHERN NEVADA PAINTERS AND ALLIED TRADES JOINT APPRENTICESHIP AND TRAINING TRUST, by and through its designated fiduciary, Todd Koch, <br><br>Plaintiffs, <br><br>v. <br><br>BAKER DRYWALL, INC., a Nevada Corporation; WALTER BAKER, an individual; PLATTE RIVER INSURANCE COMPANY;  John Does I-XX, inclusive, and Roe Entities I-XX, inclusive, <br><br>Defendants. | Case No.: 2:10-CV-00622-KJD-GWF <br><br><br><br><br><br><br><br>Date: <br>Time: |

**DEFAULT JUDGMENT**

Having considered the Application for Entry of Default Judgment Against Defendants Baker Drywall, Inc. and Walter Baker (collectively "Defendants") and the Supplement thereto filed by the above-named Plaintiffs, together with the Points and Authorities, Exhibits and Affidavits submitted therewith, and for Good Cause Appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. Judgment is entered in favor of the Plaintiffs and against the Defendants Baker Drywall, Inc. and Walter Baker, jointly and severally, in the total sum of Eighteen Thousand

1  Thirty Three and 89/100 Dollars ($18,033.89) ("Judgment Amount").

2      2.   The Judgment Amount shall bear interest at the rate of 12% per annum until paid in full and shall be increased by the amount of any attorney's fees and costs incurred by the Plaintiffs for collection of the Judgment Amount, and by the amount of any audit costs incurred by the Plaintiffs to complete a compliance Audit.

3      3.   The Defendants shall cooperate with and provide all records necessary to complete the Audit.

Dated and Done this   15th   day of   February  , 2011.

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE

Submitted by:

CHRISTENSEN JAMES & MARTIN

By: __/s/ Sara D. Cope_____
    Sara D. Cope, Esq.
    *Attorneys for Plaintiffs*

-2-